IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY RODGERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., )<br>)<br>Defendant. ) | Civil Action No. 21-858 |

**HEARING ON** Telephonic Case Management Conference
Before Judge Nora Barry Fischer

| | |
|---|---|
| Sammy Rodgers<br>John Allen Roth, Esq.<br>Appeared for Plaintiff | Matthew Rubba, Esq. (corporate counsel)<br>Jonathan Ball, Esq.<br>Michael Trainor, Esq.<br>Appeared for Defendant |
| Hearing begun 5/24/2022 at 2:00 p.m.<br>Hearing concluded 5/24/2022 at 3:03 p.m. | Hearing adjourned to N/A<br>Stenographer B. Loch<br><br>Clerk E. Jones |

The Court held a telephone case management conference during which the parties advised the Court regarding the status of the case, their proposed discovery plan, and alternative dispute resolution options.

As to discovery, the parties requested no significant deviations from the Court's standard Case Management Order, which was entered on May 24, 2022. The parties advised that all initial disclosures will be completed by June 3, 2022. They also were in agreement of the need to take less than ten depositions. The Court advised the parties that if they think a confidentiality order might be required in this case, they should submit a joint proposed order for the Court's consideration. To the extent that an extension of the period for discovery is sought, the parties were directed to file a motion in accordance with the Court's Case Management Order.

With respect to ADR, the Court deferred the entry of an ADR Order in this matter while the parties confirm that their selected arbitrator will accept a Court appointment in this matter. The parties agreed to schedule an additional telephone conference with counsel on June 3, 2022 at 1:00 PM to discuss the scheduling of the ADR session. An appropriate Order follows.

2

<u>The parties requested a copy of the transcript of these proceedings, and the same was ordered to be prepared, with the costs thereof to be borne equally by the parties.</u>