IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:21-cv-00858 |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| TRANSUNION LLC, | ) |
| EQUIFAX INC.,   EQUIFAX CREDIT | ) |
| INFORMATION SERVICES INC., | ) |
| INNOVIS DATA SOLUTIONS INC., | ) |
| EXPERIAN INFORMATION SOLUTIONS | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## PRAECIPE TO ISSUE SUMMONSES

To the Clerk:

Please issue summons as attached for:

1. Transunion LLC
2. Equifax Inc.
3. Equifax Credit Information Services Inc.
4. Innovis Data Solutions Inc.
5. Experian Information Solutions Inc.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq. (PA 30347)
805 Alexandria Street S
Latrobe PA  15650
(724) 686-8003

COUNSEL FOR PLAINTIFF