**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAMMY RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21cv00858 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| TRANSUNION LLC, | ) | |
| EQUIFAX INC., | ) | |
| EQUIFAX CREDIT INFORMATION | ) | |
| SERVICES INC., | ) | |
| INNOVIS DATA SOLUTIONS INC. | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL AS TO INNOVIS DATA SOLUTIONS INC.

AND NOW COMES Plaintiff Sammy Rodgers ("Rodgers"), pursuant to

Federal Rule of Civil Procedure 41(a), and Notifies the Court and the parties

that he dismisses the Amended Complaint as to Defendant Innovis Data

Solutions Inc. without prejudice.  This Notice of Dismissal pertains only to

Innovis Data Solutions Inc.

Respectfully submitted,

*/s/ J. Allen Roth, Esq*
J. Allen Roth, Esq. (PA ID 30347)
805 S Alexandria Street
Latrobe PA  15650
(724) 686-8003
federal@jarothlaw.com

ATTORNEY FOR SAMMY RODGERS