# Exhibit 1

048421

**Contact Information**
Kansas Secretary of State
**Ron Thornburgh**
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564
kssos@kssos.org
www.kssos.org

# KANSAS SECRETARY OF STATE
## Corporation Change of Registered Office or Agent

**RO**
53-06

All information must be completed or this document will not be accepted for filing.

```
07-17-2007      14:35:00
1983    01      $35.00
053     006     AA                  1
FILE#: 0048421  FILED BY KS SOS
```

02031253

State ID #: 0048421

1. Name of the corporation:

MIDLAND CREDIT MANAGEMENT, INC.

*Name must match the name on record with the secretary of state*

2. State of organization: KANSAS

3. The registered office in the state of Kansas is changed to:
*Address must be a street address. A post office box is unacceptable.*

200 S.W. 30th Street
    Street address

Topeka           Kansas           66611
  City            State            Zip

4. The resident agent in Kansas is changed to:

Corporation Service Company

I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.

Executed on the  12  of  JULY  , 2007 .
                Day      Month     Year

[Signature] R. Prui

Signature of authorized officer

2007 JUL 17 PM 12:13
FILED
SECRETARY OF STATE
KANSAS

### Instructions
1. Submit this form with the $35 filing fee.
2. Any of the following may serve as resident agent: a) the corporation itself, b) an individual residing in Kansas, c) a Kansas corporation, limited partnership, limited liability company or business trust, d) a foreign corporation, limited partnership, limited liability company registered with the secretary of state. The resident agent's business office must be the same address as the registered office, and must be open during business hours to accept service of process and otherwise perform the functions of the resident agent.

Rev. 12-07-04 jls                                                              K.S.A. 17-6203

# For Profit Corporation Annual Report



1. Corporation Name: MIDLAND CREDIT MANAGEMENT, INC.
2. Business Entity ID No.: 0048421
3. Tax Closing Date: December 2016
4. State of Incorporation: KS
5. Official Mailing Address:
    3111 Camino Del Rio North Suite 103, SAN DIEGO CA 92108

6. Location of Principal Office:
    3111 Camino Del Rio North Suite 103, San Diego CA 92108

7. Officers:

    Jonathan Clark - Treasurer or equivalent
    3111 Camino Del Rio North Suite 103 San Diego, CA 92108
    Greg Gerkin - Assistant Secretary
    Suite 103 3111 Camino Del Rio North San Diego, CA 92108
    Kenneth A Vecchione - President or equivalent (This officer is also a director)
    3111 Camino Del Rio North Suite 103 San Diego, CA 92108
    Greg Call - Secretary or equivalent
    3111 Camino Del Rio North Suite 103 San Diego, CA 92108

8. Directors:

    Jonathan Clark - 3111 Camino Del Rio North Suite 103 San Diego, CA 92108
    Kenneth A Vecchione - 3111 Camino Del Rio North Suite 103 San Diego, CA 92108

9. Nature and Kind of Business:
    engages in the purchasing and managing of charged-off debt

10. Total number of shares of capital stock issued: 600

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

Federal Employer Identification Number (FEIN): 0480581733

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 07 2017

Signature of authorized Officer: GREG GERKIN

Title/Position of the signer: Assistant Secretary

**Electronic File Stamp Information:**

Filed

\* Date: 04/07/2017
\* Time: 01:33:16 PM

# For Profit Corporation Annual Report



1. Corporation Name: MIDLAND CREDIT MANAGEMENT, INC.
2. Business Entity ID No.: 0048421
3. Tax Closing Date: December 2017
4. State of Incorporation: KS
5. Official Mailing Address:
   3111 Camino Del Rio North Suite 103, SAN DIEGO CA 92108

6. Location of Principal Office:
   3111 CAMINO DEL RIO N SUITE 103, SAN DIEGO CA 92108

7. Officers:

   JONATHAN CLARK - Treasurer or equivalent (This officer is also a director)
   3353 ORANGE AVENUE  ROANOKE, VA 24012
   GREG CALL - Secretary or equivalent
   3111 CAMINO DEL RIO N SUITE 103 SAN DIEGO, CA 92108
   ASHISH MASIH - President or equivalent
   3111 CAMINO DEL RIO N SUITE 103 SAN DIEGO, CA 92108

8. Directors:


9. Nature and Kind of Business:
   engages in the purchasing and managing of charged-off debt

10. Total number of shares of capital stock issued: 600

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

Federal Employer Identification Number (FEIN): 0480581733

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 12 2018

Signature of authorized Officer: GREG GERKIN

Title/Position of the signer: ASSISTANT SECRETARY

Electronic File Stamp Information:

Filed

* Date: 04/12/2018
* Time: 07:48:17 AM

# For Profit Corporation Annual Report



1. Corporation Name: MIDLAND CREDIT MANAGEMENT, INC.
2. Business Entity ID No.: 0048421
3. Tax Closing Date: December 2019
4. State of Incorporation: KS
5. Official Mailing Address:
350 CAMINO DE LA REINA SUITE 300, SAN DIEGO CA 92108
6. Location of Principal Office:
350 CAMINO DE LA REINA SUITE 300, SAN DIEGO CA 92108

Electronic File Stamp Information:

Filed

- Date:04/10/2020
- Time: 10:22:48 AM

7. Officers:

GREGORY CALL - Secretary or equivalent
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92108

RYAN BELL - President or equivalent
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

JONATHAN CLARK - Treasurer or equivalent (This officer is also a director)
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

8. Directors:

9. Nature and kind of business:

engages in the purchasing and managing of charged-off debt

10. Total number of shares of capital stock issued: 600

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? Yes

MIDLAND FUNDING NCC-2 CORPORATION [4218616]
MRC RECEIVABLES CORPORATION [4218608]
MIDLAND FUNDING LLC [4218558]

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

Federal Employer Identification Number (FEIN): 0480581733

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 10, 2020

Signature of Authorized Officer: GREGORY CALL

Title/Position of the signer: SECRETARY

KANSAS SECRETARY OF STATE
NON-CERTIFIED WEB COPY
10/14/2022 8:02:46 AM

# For Profit Corporation Annual Report



1. Corporation Name: MIDLAND CREDIT MANAGEMENT, INC.
2. Business Entity ID No.: 0048421
3. Tax Closing Date: December 2020
4. State of Incorporation: KS
5. Official Mailing Address:
350 CAMINO DE LA REINA SUITE 300, SAN DIEGO CA 92108
6. Location of Principal Office:
350 CAMINO DE LA REINA SUITE 300, SAN DIEGO CA 92108

Electronic File Stamp Information:

Filed

- Date:04/15/2021
- Time: 05:08:00 PM

7. Officers:

GREGORY CALL - Secretary or equivalent
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92108

RYAN BELL - President or equivalent
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

JONATHAN CLARK - Treasurer or equivalent (This officer is also a director)
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

8. Directors:

Jonathan Clark - 350 Camino De La Reina Suite 300 San Diego, CA 92108

9. Nature and kind of business:

Debt Collection

10. Total number of shares of capital stock issued: 600

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

Federal Employer Identification Number (FEIN): 48-0581733

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 15, 2021

Signature of Authorized Officer: Gregory Call

Title/Position of the signer: SECRETARY

# For Profit Corporation Annual Report



1. Corporation Name: MIDLAND CREDIT MANAGEMENT, INC.
2. Business Entity ID No.: 0048421
3. Tax Closing Date: December 2021
4. State of Incorporation: KS
5. Official Mailing Address:
350 CAMINO DE LA REINA SUITE 100, SAN DIEGO CA 92108
6. Location of Principal Office:
350 CAMINO DE LA REINA SUITE 300, SAN DIEGO CA 92108

Electronic File Stamp Information:

Filed

- Date:05/06/2022
- Time: 05:31:50 PM

7. Officers:

JONATHAN CLARK - Treasurer or equivalent (This officer is also a director)
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

GREGORY CALL - Secretary or equivalent (This officer is also a director)
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92108

RYAN BELL - President or equivalent (This officer is also a director)
350 CAMINO DE LA REINA SUITE 300 SAN DIEGO, CA 92109

8. Directors:

ASHISH MASIH - 350 CAMINO DE LA REINA SUITE 300 SAN DEIGO, CA 92108

9. Nature and kind of business:

Debt Collection

10. Total number of shares of capital stock issued: 600

11. Does this corporation hold more than 50% equity ownership in any other business entity on file with the Kansas Secretary of State? No

12. Does this corporation own or lease land in Kansas suitable for use in agriculture? No

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on May 06, 2022

Signature of Authorized Officer: GREGORY CALL

Title/Position of the signer: SECRETARY

KANSAS SECRETARY OF STATE
NON-CERTIFIED WEB COPY
10/14/2022 7:59:49 AM