IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21cv00858 |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| TRANSUNION LLC, | ) |
| EQUIFAX INC., | ) |
| EQUIFAX CREDIT INFORMATION | ) |
| SERVICES INC., | ) |
| INNOVIS DATA SOLUTIONS INC. | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

AND NOW COMES Plaintiff Sammy Rodgers ("Rodgers"), by and through his undersigned counsel, and files this, his Notice of Dismissal as to all remaining claims and all remaining defendants.

                  Respectfully submitted,

                  <u>/s/ J. Allen Roth, Esq</u>
                  J. Allen Roth, Esq. (PA ID 30347)
                  805 S Alexandria Street
                  Latrobe PA  15650
                  (724) 686-8003
                  federal@jarothlaw.com

                  ATTORNEY FOR SAMMY RODGERS